In the Matter of PATRICIA C. BOHN, Respondent, v. RAYMOND C. BOHN, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

In the Matter of the Arbitration between LEON J. DAVIS, as President of Local 1199 Drug and Hospital Union, AFL-CIO, Petitioner, and ADELPHI HOSPITAL, Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.